CORRIGAN, J.
(concurring). I concur fully in the analysis and holding set forth in the memorandum opinion. I write separately to emphasize that foreign convictions can give rise to a substantial and compelling reason to depart from the sentencing guidelines range only “under appropriate circumstances.” Ante at 5 (emphasis added). It is reasonable to conclude that such “appropriate circumstances” would not exist where a defendant was convicted in a foreign nation that does not afford due process rights, and that a conviction from such a nation should not be considered.
*7 Here, however, it is undisputed that Canada does afford due process rights. Accordingly, the sentencing court on remand may consider whether defendant’s Canadian convictions give rise to a substantial and compelling reason to depart from the guidelines range.